UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARNES-JEWISH HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:4:09-cv-01701-HEA |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

**IT IS HEREBY ORDERED** that the parties' Joint Motion To Continue Scheduling Conference [# 13] is granted and the conference pursuant to Rule 16, Fed.R.Civ.P., is reset to Tuesday, July 6, 2010 at 11:15 A.M.

_____
HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE

Dated: 5/17.0/7

4967586.1